# Exhibit A

    



# The New York Times Mailing List

Winner of 94 Pulitzer Prizes, The New York Times is the nation's most honored newspaper.

Get More Information | Get a Price Quote

| SEGMENTS | | COUNTS THROUGH 06/30/2007 |
|---|---|---|
| 1,144,786 | TOTAL UNIVERSE / BASE RATE | $135.00/M |
| 159,765 | 6 MONTH HOTLINE | + $6.00/M |
| 97,727 | 3 MONTH HOTLINE | + $11.00/M |
| 33,886 | 1 MONTH HOTLINE | + $16.00/M |
| | FUNDRAISER RATE | $75.00/M |
| | CATALOG RATE | $85.00/M |
| 1,033,658 | EXPIRES | $100.00/M |

**Preferred Provider**

**DMA Member**

| POPULARITY: | 100 |
|---|---|
| MARKET: | CONSUMER |
| MEDIUM: | mail |
| SOURCE: | DIRECT TO PUBLISHER |
| GEO: | DOMESTIC (US) |
| GENDER: | 38% FEMALE 48% MALE |
| INCOME: | $91,130.00 |
| SPENDING: | $480.00 AVERAGE ORDER |

| SELECTS | |
|---|---|
| 3 MONTH HOTLINE | $11.00/M |
| 6 MONTH HOTLINE | $6.00/M |
| AGE | $16.00/M |
| GENDER/SEX | $11.00/M |
| HOME / BUSINESS ADD | $11.00/M |
| MONTHLY HOTLINE | $16.00/M |
| SCF | $11.00/M |
| SOURCE | $16.00/M |
| STATE | $11.00/M |
| ZIP | $11.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $0.00/ |
| CARTRIDGE | $30.00/F |
| FTP | $75.00/F |
| ZIP TAPE | $30.00/F |

| HIGHLY CORRELATED LISTS |
|---|
| NEW YORKER (THE) |
| THE NEW YORK TIMES ENHANCED DATABASE |
| WNYC NEW YORK PUBLIC RADIO |
| THE WALL STREET JOURNAL |
| ATLANTIC (THE) |

## DESCRIPTION

The New York Times is not only a great newspaper. In any medium, and by any measure, it's also one of the most recognized and powerful brands in the world. Its reputation for excellence and integrity attracts a quality audience of highly educated, affluent, and influential subscribers. While many publishers' revenues are driven primarily through ad sales, The New York Times also enjoys strong subscription revenues..

The New York Times is an integral part of its readers' lives. Discerning readers rely on its rich information to stay well informed and make better decisions. And The Times continues to evolve to meet their needs - always with tremendous depth and breadth of reporting and analysis and a unique style and intelligence.

New York Times readers are passionate about acquiring knowledge and deeply curious about the world around them. Well-rounded and open minded, they rely on The Times not only for its impeccable news coverage but also for its book reviews, food columns, sports pages, home features, arts section, financial coverage, science pages, fashion, travel sections and many more features.

Demographics

| | | |
|---|---|---|
| · | $93,009 | Median Household Income |
| · | 45% | Household income greater than $100K+ |
| · | 45 | Median Age |
| · | 67% | College Graduate |
| · | 59% | Professional/Managerial |

- VANITY FAIR
- THE NEW YORK TIMES BOOK REVIEW SUBSCRIBERS
- GOLF DIGEST
- BARNEYS NEW YORK
- THE NEW YORK TIMES PERFECTMATCH MODELING

Today's Times is more influential in more ways and in more markets than ever before. In addition to geographic selects, marketers can also tap into specialty selects like its Book Review readers, Large Type Weekly readers, direct mail responders, Web responders, credit card subscribers, and gift buyers.

The New York Times is a trusted source for much more than news. Its readers rely on it for advice in all aspects of life from style to travel destinations, to gourmet recipes to entertainment choices. All mailers serving the needs of an upscale, educated audience will reach their target with these readers. If smart, successful consumers describe your best prospects, then you can expect results with The Times subscribers.

### ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #162122 or click here to place your request.
- 7,500 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE ON ORDERS OF 1,000
- TELEMARKETING IS NOT AVAILABLE
- CANCELLATION FEE AT $100.00/F

Get More Information    Get a Price Quote

**Any questions?** Call (603) 643-1307 or email support@nextmark.com