# Exhibit B

# The New York Times Enhanced Database

The New York Times delivers key targeting selections based on Experian INSOURCE Enhancement D

**Get More Information**  **Get a Price Q**

## SEGMENTS

| | | | |
|---|---|---|---|
| 1,148,550 | Universe / Base Rate | | $135.00/M |
| 168,277 | 6 Month Hotline | | + $6.00/M |
| 95,570 | 3 Month Hotline | | + $11.00/M |
| 37,761 | 1 Month Hotline | | + $16.00/M |
| | Fundraiser Rate | | $75.00/M |
| | Catalog Rate | | $85.00/M |
| 1,602,550 | Expires | | $100.00/M |

## DESCRIPTION

While subscribers to The New York Times share many interests from the arts to sports, Experian INSOURCE data lets you target over 35 different lifestyle and demographic selects. The INSOURCE Database is updated continually in a transactional environment from thousands of public and proprietary sources to identify the prime New York Times subscribers who are most likely to respond to specific types of offers.

The New York Times is a trusted source for much more than news. Its readers rely on it for advice in all aspects of life from style to travel destinations, to gourmet recipes to entertainment choices. Mailers serving the needs of an upscale, educated audience will reach their target with these readers as identified by INSOURCE lifestyle and demographics enhanced.