UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN NASHEL and
TIM ROBINSON,                                    Case No. 2:22-cv-10633

        Plaintiffs,                         HONORABLE STEPHEN J. MURPHY, III

v.

THE NEW YORK TIMES COMPANY,

        Defendant.
_____/

**STIPULATED ORDER EXTENDING TIME
FOR DEFENDANT TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFFS' AMENDED COMPLAINT [16]**

This matter is before the Court on the Stipulation of Plaintiffs and Defendant, as reflected by the signatures of their counsel below, and the Court being otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the deadline by which Defendant shall **FILE** an answer or otherwise respond as permitted by the Federal Rules of Civil Procedure to Plaintiffs' Amended Complaint, is **EXTENDED** from July 12, 2022 through and including **July 26, 2022**.

    **SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: July 13, 2022

**STIPULATED:**

/s/*Philip L. Fraietta (with permission)*
Philip L. Fraietta
Joseph I. Marchese
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
pfraietta@bursor.com
jmarchese@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
The Miller Law Firm, P.C.
Attorneys for Plaintiff
950 W. University Drive, Suite 300
Rochester, MI 48307
(284) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Frank S. Hedin
Arun G. Ravindran
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiffs*

/s/*Kristen C. Rodriguez*
Natalie J. Spears
Kristen C. Rodriguez
Emily A. Golding
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
natalie.spears@dentons.com
kristen.rodriguez@dentons.com
emily.golding@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Clark Hill PLC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48226
(248) 642-9692
pkupelian@clarkhill.com
cschley@clarkhill.com

*Attorneys for Defendant*