UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN NASHEL and
TIM ROBINSON,　　　　　　　　　　　Case No. 2:22-cv-10633

　　　　　Plaintiffs,　　　　　　　　　HONORABLE STEPHEN J. MURPHY, III

v.

THE NEW YORK TIMES COMPANY,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　/

**STIPULATED ORDER REGARDING BRIEFING SCHEDULE
FOR DEFENDANT'S MOTION TO CERTIFY QUESTION TO THE
MICHIGAN SUPREME COURT [21] AND MOTION TO DISMISS [20]**

This Stipulation is entered into by and among Plaintiffs John Nashel and Tim Robinson ("Plaintiffs") and Defendant The New York Times Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel.

　　　1.　　On June 28, 2022, Plaintiffs filed the operative First Amended Class Action Complaint in this action alleging claims against Defendant (ECF No. 16);

　　　2.　　On July 26, 2022, Defendant filed a Motion to Dismiss (the "MTD") pursuant to Fed. R. Civ. P. 12(b)(6) and a Motion to Certify Question to the Michigan Supreme Court pursuant to Local Rule 83.40 (the "MTC");

　　　3.　　The Parties have conferred and have agreed to a briefing schedule related to the MTD and MTC. The proposed agreed schedule is as follows:

　　　　　a.　　Plaintiffs shall file their oppositions to the MTD and the MTC on or before September 2, 2022.

1

    b.  Defendant shall file its replies in support of the MTD and the MTC on or before September 23, 2022.

  4.  This requested extension is not being made for any purpose of delay and no party will be prejudiced by this request. Further, this change in deadline will not alter the date of any other event or deadline already fixed by this Court.

  This Court, having reviewed the Parties' agreement, **HEREBY ORDERS** that the date by which Plaintiffs are to **FILE** their oppositions to the MTD and MTC shall be **September 2, 2022**, and the date by which Defendant is to **FILE** its replies in support of the MTD and MTC shall be **September 23, 2022**.

  **SO ORDERED.**

               s/ Stephen J. Murphy, III
               STEPHEN J. MURPHY, III
               United States District Judge

Dated: August 8, 2022

Stipulated and agreed:

| | |
|---|---|
| */s/ E. Powell Miller*<br>E. Powell Miller (P39487)<br>Sharon S. Almonrode (P33938)<br>Gregory A. Mitchell (P68723)<br>Attorneys for Plaintiff<br>The Miller Law Firm<br>950 W. University Dr.,<br>Ste. 300<br>Rochester, MI 48307<br>(248) 841-2200<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>gam@milllerlawpc.com<br>*Counsel for Plaintiffs* | */s/ Kristen C. Rodriguez(w/permission)*<br>DENTONS US LLP<br>Natalie J. Spears<br>Kristen C. Rodriguez<br>Emily A. Golding<br>233 S. Wacker Drive,<br>Suite 5900<br>Chicago, IL 60606-6404<br>Tel: (312) 876-8000<br>natalie.spears@dentons.com<br>kristen.rodriguez@dentons.com<br>Emily.golding@dentons.com<br><br>Clark Hill PLC<br>Peter B. Kupelian<br>151 South Old Woodward Ave., Suite 200<br>Birmingham, MI 48009<br>Tel: (248) 530-6336<br>pkupelian@clarkhill.com<br><br>*Counsel for Defendant, The New York Times Company* |

Dated: August 4, 2022