# INDEX OF EXHIBITS

A. *Hall v. Farm Journal, Inc.*, Case No. 2:21-cv-11811 (E.D .Mich.), Transcript of Motion Hearing held April 5, 2022

B. *Bozung v. Christianbook, LLC*, Case No. 22-cv-00304 (W.D. Mich.), Defendant's Motion to Dismiss First Amended Class Action Complaint

C. *Kochanski v. American City Business Journals, Inc.*, Case No. 22-cv-00582 (W.D. Mich.), July 26, 2022 Joint Status Report

D. *Edwards v. Hearst Communications, Inc.*, Case No. 15-cv-09279 (S.D.N.Y.), October 19, 2017 Letter to Court

E. *Deacon v. Pandora Media, Inc.*, Case No. 12-17734 (9th Cir. Feb. 19, 2015), February 19, 2015 Order