UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN NASHEL and
TIM ROBINSON,	Case No. 2:22-cv-10633

   Plaintiffs,	HONORABLE STEPHEN J. MURPHY, III

v.

THE NEW YORK TIMES COMPANY,

   Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated October 11, 2022, Plaintiffs' claims are dismissed with prejudice.

          KINIKIA ESSIX
          CLERK OF THE COURT

          BY: s/ D. Parker
          Deputy Clerk

Dated: October 11, 2022

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 11, 2022, by electronic and/or ordinary mail.

          s/ David P. Parker
          Case Manager